IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:26CR73** |
| vs. | |
| KENNETH KLINE, | **ORDER** |
| Defendant. | |

This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Kenneth Kline. (Filing No. 33). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 33) is granted.

Andrew J. Wilson, 11422 Miracle Hills Drive, Suite 510, Omaha, NE 68154, (402) 218-1223, is appointed to represent Kenneth Kline for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Andrew J. Wilson with the discovery materials provided the defendant by the government and such other materials obtained by Michael J. Hansen which are material to Kenneth Kline's defense.

The clerk shall provide a copy of this order to Andrew J. Wilson and the defendant.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge