**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:26CR73** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **KENNETH KLINE and NATALEE F. RUSH** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on defendant Kenneth Kline's Unopposed Motion to Continue Trial [39].  For the reasons set forth in the motion and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [39] is granted, as follows:

1. The jury trial, **for both defendants**, now set for June 9, 2026, is continued to **September 8, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 8, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further extensions of the trial date will be granted absent a request for hearing with the assigned Magistrate Judge.

4. Defendant Kenneth Kline's request to extend his pretrial motion deadline is granted for good cause. Any pretrial motions shall be filed on or before **June 18, 2026**.

**DATED:  May 19, 2026**

**BY THE COURT:**

**s/ Ryan C. Carson
United States Magistrate Judge**