**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:26CR73** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **KENNETH KLINE and NATALEE F. RUSH** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on defendant Kenneth Kline's Amended Unopposed Motion to Continue Trial [52]. A telephone conference was held on September 16, 2026. Martin J. Conboy, IV appeared on behalf of the government. Andrew J. Wilson appeared on behalf of defendant Kenneth Kline and Joshua W. Weir appeared on behalf of defendant Natalee F. Rush. For the reasons set forth during the telephone conference and for good cause shown,

**IT IS ORDERED** that the Amended Unopposed Motion to Continue Trial [52] is granted, as follows:

1. The jury trial, **for both defendants**, now set for October 6, 2026, is continued to **January 5, 2027.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 5, 2027**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further extensions of the trial date will be granted absent a request for hearing with the assigned Magistrate Judge.**

**DATED: September 17, 2026**

**BY THE COURT:**

**s/ Ryan C. Carson**
**United States Magistrate Judge**